FILED

02/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0436

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0436

_____

THE ESTATE OF CHARLOTTE MANDICH, via
Susan G. Mathews, its Personal Representative

      Plaintiff and Appellee,

   v.                                                    O R D E R


MARK AND KATHLEEN FRENCH,

      Defendants and Appellants.

_____


Pursuant to Appellant's motion for extension of time to file the reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until March 11, 2022, within which to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 23 2022